```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.R., *individually and on behalf of J.B., a child with a disability*,

                Plaintiff,

         v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

                Defendant.

No. 19-CV-11783 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:    June 5, 2020
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge